IN THE
COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

JEREMY TEAK PALMER

V

STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Abel Acosta, Clerk

From Appeal NO. 03-15-0000525-CR

Trial Cause No. 2013CR-250

Comal County

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Jeremy Teak Palmer, Petitioner and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the court the following:

I.

The Petitioner was convicted in the 22nd District Court of Comal County Texas of the offense of DWI 3rd in cause No. 2013CR-250, styled State of Texas vs. Jeremy Teak Palmer. The Petitioner appealed to the Court of Appeals, 3rd Supreme Judicial District. The case was affirmed on August 28, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is December 18, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based on the following facts: Petitioner was not informed of the decision of the court of appeals in affirming his case until November 25, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Gary F. Churak, has informed Petitioner that he will not represent him on the Petition for Discretionary Review. As an inmate of Texas Department of Criminal Justice I am only afforded ten (10) hours a week in the law library to prepare the Petition for Discretionary Review and even then during those 10 hours resources (Books) are limited and if another inmate Is using the book I need I loose that amount of time.

WHEREFOR, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 03-15-0000525-CR to February 18, 2016.

On this 9th day of December 2015.

Jeremy Teak Palmer
Petitioner Pro Se
Texas Department of Criminal Justice
Dominguez Unit San Antonio Texas 78252
#2006669
6535 cagnon Rd.

## Certificate of Service

I certify that a true and correct copy of the above and forgoing First Motion For Extension of time to File for a Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, First class, to the Court of Criminal Appeals 201 W. 14th st. Rm 106 78701 P.O. Box 12308 - Austin Tx. 78711-2308

To the Clerk of Appeals,

Please file my motion for extension and send me a stamped copy for my records please. Thank You

Sincerly,

Jeremy Teak Palmer
Petitioner Pro Se
TDCJ # 2006669
6535 Cagnon Rd.
San Antonio Tx 78252